**FILED**
Lucinda B. Rauback, Acting Clerk
United States Bankruptcy Court
Augusta, Georgia
By cmeyer at 4:22 pm, Oct 24, 2012

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE

SOUTHERN DISTRICT OF GEORGIA
Augusta Division

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 Case |
| | ) | Number <u>11-10218</u> |
| THOMAS J. McFARLAND | ) | |
| | ) | |
| Debtor | ) | |
| | ) | |
| A. STEPHENSON WALLACE, TRUSTEE | ) | |
| | ) | |
| Plaintiff | ) | Adversary Proceeding |
| | ) | Number <u>11-01021</u> |
| v. | ) | |
| | ) | |
| THOMAS J. McFARLAND | ) | |
| SHERRY H. McFARLAND | ) | |
| | ) | |
| Defendants | ) | |

### OPINION AND ORDER

For the reasons set forth on the record at the October 24, 2012 hearing, the Application of the Trustee for the appointment of David B. Bell as attorney for the Trustee to act as co-counsel in this adversary is ORDERED GRANTED. <u>See</u> 11 U.S.C. §327(c) and (e); <u>In re Veterans Choice Mortgage, Inc.</u>, 285 B.R. 70 (Bankr. S.D. Ga. 2002). It is further ORDERED that the compensation for such employment shall be later fixed and determined by the Court in such manner as the Court may from time to time direct after notice to the creditors.

SUSAN D. BARRETT
CHIEF UNITED STATES BANKRUPTCY JUDGE

Dated at Augusta, Georgia

this <u>24th</u> Day of October 2012.